No. 76–44. McMurtrey v. United States. C. A. 8th Cir. Certiorari denied.

No. 76–46. American Tobacco Co. et al. v. Patterson et al.; and

No. 76–56. Tobacco Workers' International Union et al. v. Patterson et al. C. A. 4th Cir. Certiorari denied.

No. 76–52. Arteaga-Limones v. United States. C. A. 5th Cir. Certiorari denied.

No. 76–53. LaRue et ux. v. United States et al. C. A. 9th Cir. Certiorari denied.

No. 76–74. Fales v. Mathews, Secretary of Health, Education, and Welfare. C. A. 6th Cir. Certiorari denied.

No. 76–79. Wolf v. United States. C. A. 8th Cir. Certiorari denied.

No. 76–89. Napoli v. United States. C. A. 5th Cir. Certiorari denied.

No. 76–118. House v. United States. C. A. 5th Cir. Certiorari denied.

No. 76–140. Kent Corp. v. National Labor Relations Board et al. C. A. 5th Cir. Certiorari denied.

No. 76–154. Book et al. v. National Labor Relations Board et al. C. A. 2d Cir. Certiorari denied.

No. 76–181. Biderman et al. v. Hills, Secretary of Housing and Urban Development. C. A. 9th Cir. Certiorari denied.

No. 76–199. Olk v. United States. C. A. 9th Cir. Certiorari denied.